No. 792. GLISSMANN *v.* CITY OF OMAHA ET AL. Appeal from the Supreme Court of Nebraska. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *S. L. Winters* for appellant. *Alfred G. Ellick* for appellees.